UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Roseann B. MacKechnie
CLERK

2006 JUN 27 P 4: 16

Date:                6/23/06
Docket Number:       03-1394-cr
Short Title:         USA v. Giordano
DC Docket Number:    01-cr-216
DC:                  DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:            Honorable Alan Nevas

Dear Appeals Clerk,

A mandate was issued of this court in the above-entitled case.

The mandate was issued to your office on June 14, 2006,

Please return the mandate to me so that I may hold it pursuant to this court's request.

Very truly yours,
Roseann B. MacKechnie, Clerk
By: *Michelle A. Roker*
Michelle A. Roker
Deputy Clerk