UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| VS. | : | DOCKET NO: 3:01CR216(AHN) |
| PHILIP A. GIORDANO | : | |
| Defendant | : | AUGUST 8, 2006 |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF
TIME UNTIL SEPTEMBER 25, 2006 IN WHICH TO FILE
<u>RESPONSE RELATING TO THE CROSBY REMAND</u>**

The defendant Philip A. Giordano moves for an extension of time until September 25, 2006 in which to file his response to the Court's Order dated July 25, 2006.

In support of this motion, the defendant, through counsel, represents the following:

1. This is the first motion for extension of time in which to file a response to the Court's Order of July 25, 2006.

2. Peter Jongbloed, counsel for the government, has represented that he has no objection to the granting of this extension of time in which to file defendant's response relating to the Crosby remand.

3. This request is necessitated because counsel for the defendant has spent virtually the entire month of July on trial, which trial concluded on August 4, 2006. Counsel has a long standing commitment to a family vacation between August 9 and August 17, 2006. In order to file the appropriate response relating to the Crosby remand, counsel will need this extension of time in order to make an effective presentation in behalf of the defendant.

4. Defendant's Petition for Writ of Certiorari is presently due on September 3, 2006, although an extension of that date will be sought.

For these reasons it is respectfully requested that an extension of time of thirty days until September 25, 2006 be granted so that counsel can prepare and submit legal and factual support for resentencing pursuant to United States vs. Crosby.

        THE DEFENDANT
        PHILIP A. GIORDANO

BY_____
  ANDREW B. BOWMAN, ct00122
  1804 Post Road East
  Westport, CT 06880
  (203) 259-0599
  (203) 255-2570 (Fax)
  e-mail: andrew.bowman@snet.net

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 8th day of August, 2006 to:

Peter Jongbloed, Esq.
Assistant U.S. Attorney
157 Church Street
New Haven, CT 06510


_____
  ANDREW B. BOWMAN

3