UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v                                       3:01cr216 (AHN)

PHILIP A. GIORDANO

## SCHEDULING ORDER

Pursuant to the July 13, 2006 remand of this case by the Second circuit, and in accordance with <u>United States v Crosby</u>, 397 F.3d 103 (2d Cir. 2005), this court will consider whether it would have imposed a materially different sentence if the Sentencing Guidelines had been advisory.

Accordingly, counsel are invited to simultaneously submit, in writing, their position regarding this issue by August 25, 2006. If the Defendant wishes to avoid resentencing, he promptly shall so notify the court.

SO ORDERED this 25th day of July 2006, at Bridgeport, Connecticut.



Alan H. Nevas
United States District Judge