BRCP Bridgeport, Ct
01-cr-216
NEVAS

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 13th day of July two thousand six,

PRESENT:

    Hon. Dennis Jacobs,
    Hon. Sonia Sotomayor,
    Hon. Peter W. Hall,
        Circuit Judges.



United States of America,

    Appellee,

    v.                                      03-1394-CR

Philip A. Giordano,

    Appellant.

The case is hereby REMANDED to the district court for resentencing in accordance with United States v. Crosby, 397 F.3d 103 (2d Cir. 2005).

        FOR THE COURT:
        Roseann B. MacKechnie, Clerk

        By: /s/ Lucille Carr

A TRUE COPY
Roseann B. MacKechnie, CLERK
by: _____
DEPUTY CLERK

ISSUED AS MANDATE: 8/8/06