UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:01CR216(AHN) |
| PHILIP A. GIORDANO | : | September 22, 2006 |

GOVERNMENT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME IN WHICH TO FILE
A RESPONSE RELATING TO THE CROSBY REMAND

The Second Circuit affirmed the conviction in this case, remanding it to this Court for resentencing in accordance with United States v. Crosby, 397 F.3d 103 (2d Cir. 2005). By order dated July 25, 2006, this Court invited the parties to simultaneously submit their positions, in writing by August 25, 2006, on whether the Court would have imposed a materially different sentence if the Sentencing Guidelines had been advisory at the time the Court imposed sentence. The Court instructed the defendant to promptly notify the Court if it wished to avoid resentencing. The Court, upon the defendant's motion, extended the time to file a pleading on this issue until September 25, 2006.

The United States Government respectfully moves for an extension of time until October 16, 2006 in which to file its simultaneous response with the defendant on the resentencing issue in order to evaluate whether additional material should be brought to the Court's attention. This is the Government's first motion for extension of time. Counsel for the defendant, Andrew B. Bowman, Esq., joins in the requested extension of time

For the foregoing reasons, the Government respectfully requests that the Court grant this motion.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY
s/
PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct03192
157 Church Street
New Haven, Connecticut 06510
Telephone: 203-821-3700
Facsimile:  203-773-5378
Email: peter.jongbloed@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on September 22, 2006, a copy of the foregoing Motion for Extension of

Time was sent by facsimile and mailed, postage prepaid, to:

Andrew B. Bowman, Esq.
1804 Post Road East
Westport, Connecticut 06880
(Facsimile:  203-255-2570)


s/
PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY