UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| VS. | : | DOCKET NO: 3:01CR216(AHN) |
| PHILIP A. GIORDANO | : | |
| Defendant | : | October 13, 2006 |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF
TIME UNTIL OCTOBER 30, 2006  IN WHICH TO FILE
<u>RESPONSE RELATING TO THE CROSBY REMAND</u>**

The defendant Philip A. Giordano moves for an extension of time until October 30, 2006 in which to file his response to the Court's Order dated July 25, 2006.

In support of this motion, the defendant, through counsel, represents the following:

1. This is the third motion for extension of time in which to file a response to the Court's Order of July 25, 2006.

2.  Peter Jongbloed, counsel for the government, has represented that he has no objection to the granting of this extension of time in which to file defendant's response relating to the <u>Crosby</u> remand.

3.  This request is necessitated because certain inquiries need to be made to ascertain the State's position with respect to Mr. Giordano, and undersigned counsel does not represent Mr. Giordano in State court.

4.  Counsel is endeavoring to use his best efforts so that a meaningful response can be filed with respect to the Court's consideration under <u>Crosby.</u>

For these reasons it is respectfully requested that an extension of time of two weeks until October 30, 2006 be granted so that counsel can prepare and submit legal and factual support for resentencing pursuant to <u>United States vs. Crosby</u>.


THE DEFENDANT
PHILIP A. GIORDANO


BY_____
    ANDREW B. BOWMAN, ct00122
    1804 Post Road East
    Westport, CT 06880
    (203) 259-0599
    (203) 255-2570 (Fax)
    e-mail: andrew.bowman@snet.net

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 13th day of October, 2006 to:

Peter Jongbloed, Esq.
Assistant U.S. Attorney
157 Church Street
New Haven, CT 06510

_____
ANDREW B. BOWMAN