UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| VS. | : | DOCKET NO: 3:01CR216(AHN) |
| PHILIP A. GIORDANO | : | |
| Defendant | : | November 30, 2006 |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF
TIME UNTIL JANUARY 15, 2007 IN WHICH TO FILE
<u>RESPONSE RELATING TO THE CROSBY REMAND</u>**

The defendant Philip A. Giordano moves for an extension of time until January 15, 2007 in which to file his response to the Court's Order dated July 25, 2006.

In support of this motion, the defendant, through counsel, represents the following:

1. This is the fourth motion for extension of time in which to file a response to the Court's Order of July 25, 2006.

2. Peter Jongbloed, counsel for the government, has represented that he has no objection to the granting of this extension of time in which to file defendant's response relating to the Crosby remand.

3. This request is necessitated because certain inquiries need to be made to ascertain the State's position and to obtain a commitment with respect to Mr. Giordano, and undersigned counsel does not represent Mr. Giordano in State court.

4. Counsel is endeavoring to use his best efforts so that a meaningful response can be filed with respect to the Court's consideration under Crosby.

For these reasons it is respectfully requested that an extension of time until January 15, 2007 be granted so that counsel can prepare and submit legal and factual support for resentencing pursuant to United States vs. Crosby.

THE DEFENDANT
PHILIP A. GIORDANO


BY_____
   ANDREW B. BOWMAN, ct00122
   1804 Post Road East
   Westport, CT 06880
   (203) 259-0599
   (203) 255-2570 (Fax)
   e-mail: andrew.bowman@snet.net

## **CERTIFICATION**

  This is to certify that a copy of the foregoing was mailed, postage prepaid on this 30th day of November, 2006 to:

Peter Jongbloed, Esq.
Assistant U.S. Attorney
157 Church Street
New Haven, CT 06510

                _____
                ANDREW B. BOWMAN