UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| VS. | : | DOCKET NO: 3:01CR216(AHN) |
| PHILIP A. GIORDANO | : | |
| Defendant | : | January 12, 2007 |

**DEFENDANT'S MOTION FOR EXTENSION OF
TIME UNTIL MARCH 1, 2007 IN WHICH TO FILE
RESPONSE RELATING TO THE CROSBY REMAND**

The defendant Philip A. Giordano moves for an extension of time until March 1, 2007 in which to file his response to the Court's Order dated July 25, 2006.

In support of this motion, the defendant, through counsel, represents the following:

1.  This is the fifth motion for extension of time in which to file a response to the Court's Order of July 25, 2006.

2.  This request is necessitated because certain inquiries need to be made to ascertain the State's position and to obtain a commitment with respect to Mr. Giordano, and undersigned counsel does not represent Mr. Giordano in State court.

3.  Counsel is endeavoring to use his best efforts so that a meaningful response can be filed with respect to the Court's consideration under Crosby.

4.  The government filed its Brief in Opposition to defendant's Petition for Writ of Certiorari on January 11, 2007, and it is anticipated that the Supreme Court will act during this extended period.

For these reasons it is respectfully requested that an extension of time until March 1, 2007 be granted so that counsel can prepare and submit legal and factual support for resentencing pursuant to United States vs. Crosby.

THE DEFENDANT
PHILIP A. GIORDANO

BY_____
    ANDREW B. BOWMAN, ct00122
    1804 Post Road East
    Westport, CT 06880
    (203) 259-0599
    (203) 255-2570 (Fax)
    e-mail: andrew.bowman@snet.net

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 12th day of January, 2007 to:

Peter Jongbloed, Esq.
Assistant U.S. Attorney
157 Church Street
New Haven, CT 06510

_____
ANDREW B. BOWMAN