UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| VS. | : | DOCKET NO: 3:01CR216(AHN) |
| PHILIP A. GIORDANO | : | |
| Defendant | : | May 7, 2007 |

**CONSENT MOTION FOR EXTENSION OF
TIME UNTIL JUNE 12, 2007 IN WHICH TO FILE
RESPONSE RELATING TO THE CROSBY REMAND**

The defendant Philip A. Giordano moves for an extension of time until June 12, 2007 in which to file his response to the Court's Order dated July 25, 2006.

In support of this motion, the defendant, through counsel, represents the following:

1. This is a consent motion.

2. This is the eighth motion for extension of time in which to file a response to the Court's Order of July 25, 2006.

3. This request is necessitated because certain inquiries need to be made to ascertain the State's position and to obtain a commitment with respect to Mr. Giordano, and undersigned counsel does not represent Mr. Giordano in State court.

4. Counsel is endeavoring to use his best efforts so that a meaningful response can be filed with respect to the Court's consideration under <u>Crosby.</u>

5. The Supreme Court denied certiorari on February 20, 2007.

6. The government is awaiting a response from a representative of the victims which should be forthcoming by June 12, 2007.

For these reasons it is respectfully requested that an extension of time until June 12, 2007 be granted so that counsel can prepare and submit legal and factual support for resentencing pursuant to <u>United States vs. Crosby</u>.

THE DEFENDANT
PHILIP A. GIORDANO

BY_____
ANDREW B. BOWMAN, ct00122
1804 Post Road East
Westport, CT 06880
(203) 259-0599
(203) 255-2570 (Fax)
e-mail: andrew.bowman@snet.net

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid on this 7TH day of May, 2007 to:

Peter Jongbloed, Esq.
Assistant U.S. Attorney
157 Church Street
New Haven, CT 06510

                                                        _____
                                                       ANDREW B. BOWMAN