UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| VS. | : | DOCKET NO: 3:01CR216(AHN) |
| PHILIP A. GIORDANO | : | |
| Defendant | : | June 7, 2007 |

**CONSENT MOTION FOR AN ORDER DETAINING
<u>DEFENDANT AT GARNER CORRECTIONAL INSTITUTION</u>**

The defendant Philip A. Giordano, with the consent of the government, and after consultation with the deputy U.S. marshal and the U.S. Bureau of Prisons, moves the Court for an Order detaining defendant Giordano at the Garner Correctional Institution, Newtown, Connecticut as a federal prisoner for the pendency of court proceedings relating to the <u>Crosby</u>[1] remand. In support of this motion, undersigned represents the following:

---

[1] 397 F.3rd 103 (2nd Cir. 2005)

1. This motion to detain the defendant at the Garner Correctional Institution is made with the consent of the government after consultation with the U.S. Marshal Service and the Bureau of Prisons.

2. If an Order is not entered at this time, the defendant will be returned to a U.S. Bureau of Prisons facility in Atwater, California.

3. The Bureau of Prisons and U.S. Marshal Service have represented that in order to retain the defendant at the Garner Correctional Institution, an Order should enter requiring detention.

4. The defendant has been confined at the Garner Correctional Institution pending the conclusion of state court proceedings. On Tuesday, June 5, 2007 the defendant entered a nolo contendere plea to various state sexual assault charges and was sentenced to a concurrent term of imprisonment of 18 years. If this Order is not entered, the defendant will be removed from the jurisdiction.

For these reasons it is respectfully requested that the Court order that the defendant Philip A. Giordano be detained at the Garner Correctional Institution, Newtown, Connecticut during the pendency of any and all proceedings regarding the Crosby remand.

        THE DEFENDANT
        PHILIP A. GIORDANO

BY_____
  ANDREW B. BOWMAN, ct00122
  1804 Post Road East
  Westport, CT 06880
  (203) 259-0599
  (203) 255-2570 (Fax)
  e-mail: andrew.bowman@snet.net

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 7TH day of June, 2007 to:

Peter Jongbloed, Esq.
Assistant U.S. Attorney
157 Church Street
New Haven, CT 06510

_____
ANDREW B. BOWMAN

3