FILED

2007 JUN 12 P 3: 24

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| VS. | : | DOCKET NO: 3:01CR216(AHN) |
| PHILIP A. GIORDANO | : | |
| Defendant | : | June 7, 2007 |

### ORDER

The Court, having issued an Order on July 25, 2006 pursuant to <u>United States vs. Crosby</u>, 397 F.3rd 103 (2nd Cir. 2005) requiring the Government and the defendant to file written submissions addressing the issue of whether the Court would have imposed a materially different sentence if the Sentencing Guidelines had been advisory at the time the Court imposed sentence; and

The parties having requested the Court to await the resolution of state proceedings on various sexual assault charges arising out of the same factual basis as the federal conviction which were resolved on June 5, 2007; and

The defendant previously having been transported to the State of Connecticut from FPC Atwater, California pursuant to a Writ of Habeas Corpus Ad Prosequendum issued by the State Superior Court;

It is hereby Ordered that the defendant shall be detained as a federal prisoner at the Garner Correctional Institution, Newtown, Connecticut during the pendency of the proceedings in this Court conducted in accordance with United States vs. Crosby, 397 F.3rd 103 (2nd Cir. 2005).

SO ORDERED June 12, 2007

_____
United States District Judge