**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**ELSIE MATA**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

July 30, 2007

Mr. William Hoey
Deputy Clerk
Juvenile Matters at Waterbury
7 Kendrick Avenue
Waterbury, CT 06702

       Re: Case Name: USA v Philip A. Giordano, et al
            Number: 3:01cr216 (AHN)

Dear Sir:

As the above matter has been disposed of in this court:

The administrative record is too bulky to send through the mail. (See attached)

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for the administrative record to be picked up.

If it is not picked up by August 14, 2007, it will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

                              Sincerely,

                              Kevin F. Rowe, Clerk

                              BY ___/s/_____
                                  Alice Montz (203) 579-5952
                                  Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____