Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

District of <u>Connecticut</u>

United States of America
vs.
Philip A. Giordano

Docket No.: <u>3:01CR216(AHN)</u>

Hon. <u>Alan H. Nevas</u>
(District Court Judge)

Notice is hereby given that <u>Philip A. Giordano</u> appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ___ ], other [ X ] <u>Ruling on Crosby Remand and Request For Resentencing</u> (specify)

entered in this action on <u>8/14/07</u> (date)

Offense occurred after November 1, 1987    Yes [XX]    No [ ___ ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ X ]    Conviction and Sentence [ ___ ]

Date August 7, 2007
TO
Peter Jongbloed, Esq.
Assistant U.S. Attorney
157 Church Street
New Haven, CT 06510

Andrew B. Bowman
(Counsel for Appellant)
Address 1804 Post Road East
Westport, CT 06880

Telephone Number: (203) 259-0599

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ X ] I am ordering a transcript<br>[ ___ ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ • ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ ___ ] Prepare proceedings _____<br>[ ___ ] Trial _____<br>[ ___ ] Sentencing _____<br>[ X ] Post-trial proceedings <u>Crosby Remand Hearing 7/26/07</u> | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment    [ ___ ] Funds [ ___ ]    CJA Form 24 [ X ]

ATTORNEY'S SIGNATURE _[signature]_    DATE 8/14/07

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05