UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | : | | |
| Plaintiff, | : | | |
| VS. | : | DOCKET NO: 3:01-CR-216 (AHN) | |
| PHILIP A. GIORDANO | : | | |
| Defendant | : | SEPTEMBER 6, 2007 | |

### INDEX TO RECORD ON APPEAL

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 7/26/06 | 300 | Scheduling Order re Positions regarding Remand | 1 |
| 8/21/06 | 302 | Mandate of USSC – Case remanded to USDC for Resentencing | 2 |
| 6/12/07 | 319 | Government's Memorandum in Aid of Post- Crosby Proceedings | 3 |
| 6/12/07 | 320 | Defendant's Submission in support of Sentencing Memo | 4 |

| | | | |
|---|---|---|---|
| 8/6//07 | 327 | Ruling on Crosby Remand and Request For Resentencing | 5 |
| 8/14/07 | 329 | Notice of Appeal by Philip A. Giordano | 6 |