In The
United States District Court
For The District of Connecticut

Philip A. Giordano,
 petitioner

v

United States of America,
 respondent

Docket No.
3:01-CR-216 (SRU)

JUL 27 2020 PM 1:35
FILED-USDC-CT-NEWHAVEN

Petitioners motion for
Appointment of Counsel

Comes now the Petitioner, Philip A. Giordano, pro-se, in the above captioned matter, respectfully moving This Court to appoint him Counsel.

This instant request is being made in light of a recent motion, filed pro-se, by this petitioner, with Respect to compassionate release under 18 U.S.C. § 3582(c)(1)(A).

In support of This request, the petitioner offers the following.

I Discussion

1. The need for counsel to assist this petitioner.

On or about, June 1, 2020, This petitioner submitted to This court, a motion under 18 U.S.C. § 3582(c)(1)(A)

-1-

requesting that this Honorable court, grant the petitioner compassionate release for extraordinary and compelling reasons as a result of, inter alia, The spread of COVID-19 in The Federal prison system... more specifically where the petitioner is designated at The FCI Bennettsville, South Carolina.

Since the date of the original filing, circumstances have changed dramatically.

(a) COVID-19

South Carolina has now become the third leading state in the Union with respect to an increase in reported Coronavirus cases.

The Unit where the petitioner is Housed, "B-2" has been put on quarantine as there have been 8 inmates infected with The virus; just today, an individual was taken out of the Unit with COVID-19 symptoms.

Even in spite of the fact that the unit is on quarantine, all the inmates of the Unit share the same ventilation system, resulting in a "pietri dish" effect for the unit.

(b) The petitioners pre-existing medical condition

In 2006, while Housed at the Garner Correctional Facility in Newtown, CT, The petitioner was

diagnosed at the Uconn medical center as having a herniated cervical spine, more specifically, cervical vertebrae C-4, C-5 and C-6.

The petitioner has lived with severe pain since and has been on "chronic care" receiving medication for pain. Recently, prior [February 2020] to the pandemic, the pain became so severe, the petitioner was provided cycles of prednizone steroids, cortizone injections, etc. In March, the facility has gone on "lock-down" as a result of the pandemic and all medical treatment has ceased.

The petitioner was represented that when the pandemic is "over" he will be brought to an "outside" medical facility to treat his condition.

This petitioner has now formally requested his medical records from the staff here at Bennettsville, so that the court may review same, but the medical department has been non-responsive. Furthermore, because we are on lock down, we cannot "physically" walk to medical to obtain copies of our medical records, which causes this petitioner to conclude that it is far easier for the medical staff to be non-responsive to our needs when the inmates are locked in their cells.

-3-

In any event, this petitioner has executed waivers of the privacy act (Title 5), consent to release medical records, every legal authority avaliable to this petitioner to have his medical records released... To no avail.

(c) Inability to utilize the law library.

As indicated earlier, Bennettsville is on lock-down as a result of the virus. There a four (4) Tiers per Unit. When we are "Not" on quarantine, every Tier comes out for an hour and a half on Mondays, Wednesdays and Fridays and one hour on Saturdays. That time is allocated to Take showers, check e-mail messages and make phone calls.

There is <u>no</u> leaving the Unit, and there is no access whatsoever to any legal materials, including but not limited to research, typewriters etc...

It is for all These reasons that this petitioner is moving The court to appoint counsel To assist the petitioner with respect to, among other things, access to the petitioners medical records for this courts review.

The petitioner therefore respectfully requests that this Court appoint him counsel

Respectfully Submitted

Philip A. Giordano
#14302-014
petitioner / pro-se
FCI Bennettsville
PO Box 52020
Bennettsville, SC 29512

The Honorable Clerk of the Court
United States District Court
157 Church Street
New Haven, CT 06510

21 July 2020

RE: United States v Giordano
Docket No. 3:01-CR-216 (SRU)
18 U.S.C. § 3582 (c)(1)(A) motion

Dear Honorable Clerk,

I pray this correspondence finds you and all your loved ones healthy and safe during this pandemic.

Enclosed please find a motion, requesting the Court to appoint Counsel with respect to a recently filed, "pro-se" motion pursuant to 18 U.S.C. § 3582 (c)(1)(A).

Because our facility continues to be on lockdown as a result of the pandemic, I am unable to make copies and certify that AUSA Jongbloed received the motion. Could you kindly see that he receives one so this filing does not run afoul of any "ex-parte" implications.

I thank you in advance.

Respectfully,

Philip A. Giordano
#14302-014
FCI Bennettsville
PO Box 52020
Bennettsville, SC 29512

Philip A. Giordano
#14302-014
Federal Corrections Institution Bennettsville
Po Box 52020
Bennettsville, SC 39512

COLUMBIA SC
22 JUL 2020 PM

The Honorable Clerk of The Court
United States District Court
For The District of Connecticut
157 Church Street
New Haven, CT 06510

06510-210099

FEDERAL CORRECTIONAL INST.
696 MUCKERMAN RD JENNETSVILLE, S.C. 29512
DATE 7-21-20
THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.